No. 689. PEARCE v. FLORIDA. February 26, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. J. B. Hodges* for petitioner.

No. 813. ELDRIDGE v. KEITH. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Grover C. Eldridge, pro se. Mr. John C. Goins* for respondent.

No. 883.  FOXALL v. RAGEN, WARDEN;
No. 890.  PHILLIPS v. RAGEN, WARDEN;
No. 892.  WRIGHT v. RAGEN, WARDEN;
No. 893.  FIFE v. RAGEN, WARDEN;
No. 915.  CRIST v. RAGEN, WARDEN;
No. 924.  GORDON v. ILLINOIS;
No. 925.  HANLEY v. RAGEN, WARDEN;
No. 926.  EULER v. ILLINOIS; and
No. 931.  PULLETT v. BENNETT, WARDEN. February 26, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 916. ROONEY v. RAGEN, WARDEN. February 26, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.